Robert M. Tzall
Nevada State Bar No. 13412
Contemporary Legal Solutions, PLLC
2551 N. Green Valley PKWY Building C Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Clesha Jackson aka Rodriguez, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc., Midland Funding LLC<br><br>and John Does 1-25<br>Defendant(s).. | Docket No.  2:20-cv-2153 |

**NOTICE OF SETTLEMENT**

Please take notice that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

This the 14th day of June 2021.

                                        Respectfully submitted,

                                        /s/ Robert M. Tzall
                                        Robert M. Tzall, Esq.

                                        *Counsel for Plaintiff*

## **Order**

Based on the parties' notice of settlement (ECF No. 15), IT IS ORDERED that by 8/16/2021 the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 6:01 pm, June 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**