Robert M. Tzall
Nevada State Bar No. 13412
Contemporary Legal Solutions, PLLC
2551 N. Green Valley PKWY Building C Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com
Clesha Jackson aka Rodriguez

John M. Naylor
Naylor & Braster
1050 Indigo Drive Suite 200
Las Vegas, NV 89145
Tel:  702-420-7000
jnaylor@naylorandbrasterlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Clesha Jackson aka Rodriguez, Individually and on Behalf of All Others Similarly Situated<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Midland Credit Management, Inc., Midland Funding LLC<br><br>and John Does 1-25<br><br>　　　　Defendant. | Docket No.   2:20-cv-02153-APG-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Clesha Jackson aka Rodriguez ("Plaintiff") and the Defendants, by and through their respective counsel of record, that the above-captioned action, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

　　　Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: August 15, 2021

| | |
|---|---|
| /s/*Robert M. Tzall* | */s/ John N. Naylor* |
| Robert M. Tzall, Esq. | John N. Naylor |
| **The Law Offices of Robert M. Tzall** | **Naylor & Braster** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

Dated: August 16, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2:20-cv-02153-APG-BNW